# NOVEMBER 27, 1946

PERRY S. D. FIELDS V. THE STATE.

No. 23495. Delivered November 27, 1946.

The opinion states the case.

No attorney of record on appeal for appellant.

*Ernest S. Goens,* State's Attorney, of Austin, for the State.

BEAUCHAMP, Judge.

The appellant was given life imprisonment on a charge of murder.

The record is before us without bills of exception or statement of facts. There are numerous objections to the court's charge and a great many requested special charges found in the record. We are unable to appraise these in the absence of a statement of facts.

The judgment of the trial court is affirmed.